# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL C. VALDEZ, | ) | NO. ED CV 12–0276 JAK (FMO) |
|       Petitioner, | ) | |
|       v. | ) | **JUDGMENT** |
| T. GONZALEZ, Warden, | ) | |
|       Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 3, 2013.

                                                  JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE